■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CARR, Appellant. [632 NYS2d 483] —Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Thorp, J.), rendered June 23, 1993, convicting him of criminal

possession of stolen property in the fourth degree, unauthorized use of a motor vehicle in the third degree, and leaving the scene of an accident, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant asserts that the evidence was insufficient to prove his guilt beyond a reasonable doubt. We disagree. Viewing the evidence adduced at trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt.

Moreover, resolution of issues of credibility, including issues involving the credibility of eyewitness identification testimony, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Caban,* 120 AD2d 603). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have reviewed the defendant's remaining contentions and find them to be without merit. Mangano, P. J., Bracken, Balletta and Hart, JJ., concur.